UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

SHELBY B BROWN

Debtor(s)

Case No. 09-02380

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2009.

2) The plan was confirmed on 05/29/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/13/2009.

5) The case was dismissed on 09/25/2009.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,856.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,491.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,491.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,326.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $79.02 |
| Other | $29.20 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,434.66

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALL AMERICAN CASH ADVANCE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SVC | Unsecured | 1,300.00 | 3,790.08 | 3,790.08 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 133.87 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 1,353.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | 10,000.00 | 12,655.67 | 12,655.67 | 0.00 | 0.00 |
| ARGENT II | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 979.59 | 547.01 | 547.01 | 0.00 | 0.00 |
| ASF | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 1,109.32 | NA | NA | 0.00 | 0.00 |
| BALLYS | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| BROTHER FINANCE | Unsecured | 596.55 | 3,251.47 | 3,251.47 | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | 502.03 | 586.61 | 586.61 | 0.00 | 0.00 |
| CAVALRY SPV II LLC | Unsecured | 543.22 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 351.91 | 488.53 | 488.53 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| CORUS BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Unsecured | 813.12 | 848.19 | 848.19 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 282.07 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Unsecured | 848.19 | NA | NA | 0.00 | 0.00 |
| DEBT CREDIT SERVICES | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY BAD CHECK PRG | Unsecured | 390.36 | NA | NA | 0.00 | 0.00 |
| DZUNG NGUYEN | Unsecured | 3,547.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 380.92 | 87.62 | 87.62 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 870.00 | 635.59 | 635.59 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 711.00 | 607.22 | 607.22 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EMERGE MASTERCARD | Unsecured | 305.01 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT< | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS | Unsecured | 107.50 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 1,179.97 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 244.23 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 252.64 | 252.64 | 252.64 | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 484.02 | NA | NA | 0.00 | 0.00 |
| HEALTH SOUTH | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 241.41 | 2,063.70 | 2,063.70 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 247.44 | 247.44 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 40,626.61 | 45,654.95 | 45,654.95 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,963.57 | 11,184.61 | 11,184.61 | 0.00 | 0.00 |
| JOLIET ORTHOPEDIC | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICE | Unsecured | 1,376.11 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| KURT J KOLAR | Unsecured | 3,897.48 | 3,123.66 | 3,123.66 | 0.00 | 0.00 |
| MCI | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| MEIJERS INC | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | NA | 2,238.41 | 2,238.41 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Unsecured | NA | 410.53 | 410.53 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Secured | 300.00 | 300.00 | 300.00 | 56.34 | 0.00 |
| NICOR GAS | Unsecured | 821.77 | 1,063.13 | 1,063.13 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| PIZZA HUT | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 562.54 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 38.85 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 304.93 | 329.29 | 329.29 | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 1,451.11 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,419.26 | 1,419.26 | 1,419.26 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| RUSH COPLEY MENORIAL HOSPITAL | Unsecured | 367.63 | NA | NA | 0.00 | 0.00 |
| SAFEWAY CHECKS SERVICES | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| SBC BANKRUPTCY DESK | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| SBC BANKRUPTCY DESK | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 1,100.00 | 663.36 | 663.36 | 0.00 | 0.00 |
| TCF FINANCIAL SERVICE | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 56.87 | NA | NA | 0.00 | 0.00 |
| THE GABLES | Unsecured | 1,931.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,432.19 | 1,432.19 | 1,432.19 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $300.00 | $56.34 | $0.00 |
| **TOTAL SECURED:** | **$300.00** | **$56.34** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $13,248.31 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$13,248.31** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$80,842.85** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,434.66 |
| Disbursements to Creditors | $56.34 |
| **TOTAL DISBURSEMENTS :** | **$1,491.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/15/2009        By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**